IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 3: 04-CR-25 (CAR) |
| **JOEY L. CAMPBELL,** | |
| Supervised Releasee | **RE: SUPERVISED RELEASE VIOLATIONS** |

# O R D E R

JOEY L. CAMPBELL, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. He was advised of the nature of the proceedings against him and of his legal and constitutional rights. Said **SUPERVISED RELEASEE** requested a preliminary hearing under Rule 32.1(b)(1) of the *Rules*.

Upon consideration of the issue of release from custody pending the Final Revocation Hearing, the undersigned finds that release is appropriate. The **SUPERVISED RELEASEE** shall be released from custody under the same conditions of supervised release imposed upon him by the Honorable C. Ashley Royal, district judge, on January 26, 2006. He shall next appear before the undersigned for a PRELIMINARY HEARING at **10:00 A.M. on June 11, 2008.**

SO ORDERED AND DIRECTED, this 29th day of MAY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE